UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
JAN 0 4 2022
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CAUSE NO. |
| ) | |
| ZAIVEON PERRY, ) | 1:22-cr-0006 JPH -DML |
| ) | |
| ) | |
| Defendant. ) | |

### INDICTMENT

The Grand Jury charges that:

### COUNT 1
18 U.S.C. § 922(o)
Possession of a Machinegun

On or about July 28, 2021, in the Southern District of Indiana, ZAVION PERRY, did knowingly possess and/or transfer a machinegun; to wit: a Glock .40 caliber pistol, equipped with a Glock conversion switch.

In violation of Title 18, United States Code, Section 922(o).

### FORFEITURE

1.  Pursuant to Federal Rule of Criminal Procedure 32.2, the United States hereby gives the defendant notice that the United States will seek forfeiture of property, criminally and/or civilly, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), as part of any sentence imposed.

2.  Pursuant to Title 18, United States Code, Section 924(d), if convicted of the

1

offenses set forth in Count One of this Indictment, the defendants shall forfeit to the United States "any firearm or ammunition involved in" the offenses.

3. The property subject to forfeiture includes, but is not necessarily limited to, the following:

    a. a Glock .40 caliber pistol with serial number BGWX303.

4. The United States shall be entitled to forfeiture of substitute property pursuant to, and as incorporated by Title 28, United States Code, Section 2461(c), if any of the property described above in paragraph 4, as a result of any act or omission of the defendants:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

A TRUE BILL:

[signature redacted]

ZACHARY A. MYERS
United States Attorney

By: _____
Peter A. Blackett
Assistant United States Attorney